

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

ETC Texas Pipeline, Ltd.; Oasis
Pipe Line Company; WesTex
Energy, LLC; and Energy
Transfer, LP f/k/a Energy
Transfer Partners,

\* From the 441st District Court
  of Midland County,
  Trial Court No. CV52986.

Vs. No. 11-18-00152-CV

\* August 22, 2019

Addison Exploration &
Development, LLC,

\* Opinion by Stretcher, J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Judge Trotter,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we affirm the trial court's order denying the motion to dismiss as to Addison Exploration & Development, LLC's breach of contract and fraud claims against ETC Texas Pipeline, Ltd., and we remand those claims to the trial court for further proceedings. We reverse the trial court's order denying the motion to dismiss as to Addison's vicarious liability claim against Energy Transfer, LP f/k/a Energy Transfer Partners, as to Addison's breach of fiduciary duty claim against ETC, and as to Addison's claim against Oasis Pipe Line Company and WesTex Energy, LLC for knowing participation in breach of fiduciary duty, and we remand those

claims to the trial court for entry of a judgment of dismissal and a determination of costs and fees to be awarded under the Texas Citizens Participation Act. The costs incurred by reason of this appeal are taxed against the party incurring same.